# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3592
_____

MICHAEL L. BROWN,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 9, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WETHERELL, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael L. Brown, pro se, Petitioner.

Kenneth S. Steely, General Counsel; Beverly Brewster and Daniel R. Burke, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.